IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| CLING MARK BAYNARD ) | |
| ) | |
| VS. ) | CIVIL ACTION NUMBER |
| ) | |
| LORIE DAVIS, DIRECTOR, TEXAS ) | |
| DEPARTMENT OF CRIMINAL JUSTICE, ) | M-15-146 |
| CORRECTIONAL INSTITUTIONS ) | |
| DIVISION ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner Cling Mark Baynard's application for relief pursuant to 28 U.S.C. § 2254. After having reviewed the said Report and Recommendation, and after appropriate review of Petitioner's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Dorina Ramos' Report and Recommendation entered as Docket Entry Number 18 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DONE on this 28th day of May, 2018, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE